IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**MANDY BASS**, *et al.*,

    Plaintiffs,

    v.

**BERRIEN COUNTY**, *et al.*,

    Defendants.

Civil Action No. 7:12-cv-81 (HL)

## CONSENT ORDER

Upon consideration of the Consent Motion to Dismiss Claims and Drop Party filed by Plaintiffs and Defendants (Doc. 9), the Court finds that the Motion should be granted. In granting this Motion, the previously filed Partial Motion to Dismiss (Doc. 2) is also granted. Therefore, Plaintiffs' state-law claims against Berrien County are dismissed without prejudice and Berrien County EMS is dropped from this suit as a Defendant. The Clerk of Court is directed to amend the caption of this case accordingly.

**SO ORDERED,** this 13th day of July, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr