# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**MANDY BASS,** *et al.,*

    Plaintiff,

    v.

**BERRIEN COUNTY,** *et al.,*

    Defendant.

Civil Action No. 7:12-cv-81 (HL)

## ORDER

On February 1, 2013, Defendants filed a Notice informing the Court that Plaintiff Mandy Bass has not yet been deposed in this case. (Doc. 16.) In this Notice, Defendants stated that Ms. Bass has been, and continues to be, unable to give a deposition due to her medical condition. Defendants gave the Court no other information, as no other additional information was available to them at the time.

The Court now orders Plaintiffs to produce additional information about Ms. Bass's condition. Specifically, the Court orders Plaintiffs to submit a signed statement from Ms. Bass's treating physician apprising the Court of the following: (1) why Ms. Bass is unable to give a deposition, (2) whether Ms. Bass will ever be able to give a deposition, and (3) if she will be able to give a deposition in the future, when this deposition could reasonably occur. This letter from the physician is due to the Court no later than Wednesday, February 27, 2013.

**SO ORDERED**, this 12th day of February, 2013.

                                                  */s/ Hugh Lawson*
                                                **HUGH LAWSON, SENIOR JUDGE**

ebr