IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**MANDY BASS,** *et al.,*

    Plaintiffs,

    v.

**BERRIEN COUNTY,** *et al.,*

    Defendants.

Civil Action No. 7:12-cv-81 (HL)

**ORDER**

The Court acknowledges receipt of Dr. Cameron Nixon's assessment of Plaintiff Mandy Bass and her medical condition (Doc. 18-1). Based on Dr. Nixon's estimation of Ms. Bass's condition, the Court orders a telephone conference call on Thursday, March 7 at 9:00 a.m. to discuss how the case shall proceed. There are three possible options that the parties should plan to discuss: (1) staying the case indefinitely and monitoring Plaintiff's recovery; (2) allowing the case to proceed without Plaintiff's active participation; or (3) dismissing the case. If the case is to proceed, the possibility of appointing a guardian to Ms. Bass should be considered. The parties are ordered to confer before next Thursday to determine if they can agree on a course of action moving forward.

**SO ORDERED**, this 27th day of February, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE