IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MANDY BASS, *et al.*,

    Plaintiffs,

v.                                Civil Action No. 7:12-cv-81 (HL)

BERRIEN COUNTY, *et al.*,

    Defendants.

## ORDER

The parties participated in a telephone conference call with the Court on Thursday, March 7, 2013. During the call, Plaintiff's counsel expressed a desire to move forward with Plaintiff Mandy Bass's claims against Defendants, despite her medical condition. The Court agreed to extend the deadlines in the case so that Ms. Bass can be appointed a legal guardian to represent her interests. The deadline for appointing a guardian is April 15, 2013, and the Court expects an update from the parties about the appointment of a guardian on or before this date. The deadline for dispositive motions shall be extended to account for the time taken to find a guardian for Ms. Bass. The new deadline is May 13, 2013.

**SO ORDERED**, this 8th day of March, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr