# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**MANDY BASS**, *et al.*,

    Plaintiffs**,**

    v.

**BERRIEN COUNTY**, *et al.*,

    Defendants.

Case No. 7:12-cv-81 (HL)

## ORDER

The Court has received the letter from Plaintiff's counsel, Karla Walker, notifying the Court that Mrs. Mandy Bass will be removed as a party in this case. Ms. Walker is ordered to file the necessary paperwork to remove Mrs. Bass as a party on or before April 26, 2013. The deadline for dispositive motions remains May 13, 2013.

**SO ORDERED**, this 18th day of April, 2013.

                                        *s/ Hugh Lawson*
                                        HUGH LAWSON, SENIOR JUDGE

ebr