**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **MANDY BASS**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **BERRIEN COUNTY**, *et al.*, <br><br> Defendants. | Case No. 7:12-cv-81 (HL) |

**ORDER**

The Court has received the letter from Plaintiff's counsel, Karla Walker, notifying the Court that Mrs. Mandy Bass will be removed as a party in this case. Ms. Walker is ordered to file the necessary paperwork to remove Mrs. Bass as a party on or before April 26, 2013. The deadline for dispositive motions remains May 13, 2013.

**SO ORDERED**, this 18th day of April, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr